UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BERRY STRONG,<br><br>           Plaintiff,<br><br>vs.<br><br>J. WOODWARD, et al.,<br><br>           Defendants. | Case No. CV 04-8596-RGK (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND FINAL RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge, and the Objections filed by Plaintiff, de novo.

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED that: (1) this Report and Recommendation be approved and adopted; (2) granting Defendants' Motion to Dismiss without leave to amend as to (a) Defendants Woodford, Gordon, and Martel as to all claims; and (b) as to Plaintiff's Fourteenth Amendment Due Process claim, Fourteenth Amendment Equal Protection claim, and Fifth Amendment Takings Clause claim as to all Defendants; and (3) granting Defendants' Motion to Dismiss with leave to amend as to Plaintiff's First Amendment access to courts and interference with mail claims as to Defendant Otuafi only. Plaintiff shall file a Fourth Amended Complaint, within thirty days of entry of the order adopting this Report and Recommendation, alleging only his First Amendment access to courts and interference with mail claims as to Defendant Otuafi only.

DATED: February 28, 2011

HONORABLE R. GARY KLAUSNER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge