JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **GEORGE BERRY STRONG,** <br><br> Plaintiff, <br><br> v. <br><br> **J. WOODFORD, et al.,** <br><br> Defendants. | CV 04-8596 RGK (OP) <br><br> [PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE <br><br> Judge: The Honorable Oswald Parada <br> Action Filed: 10/27/2004 |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice. Each party is to bear his or her own costs, fees, and expenses of any type, including attorney's fees. There is no prevailing party in this action. The Court will maintain jurisdiction to enforce the terms of the parties' settlement agreement.

IT IS SO ORDERED.

Dated: 07.26.2012

The Honorable R. Gary Klausner
United States Districrt Judge

SD2004801562
60814353.doc

1